

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00392-CV

IN THE ESTATE OF JULIA ANN SMITH, DECEASED

§ On Appeal from County Court at Law

§ of Cooke County (PR17799)

§ March 27, 2025

§ Memorandum Opinion by Justice Kerr

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. We vacate the trial court's expunction order and dismiss this appeal for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
  Justice Elizabeth Kerr